

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Nathan Zuniga,

\* From the 35th District Court
of Brown County,
Trial Court No. CV2204084.

Vs. No. 11-23-00242-CV

\* February 1, 2024

Jayson Blue Bastardo; Brown County
Sheriff's Department Employees
Association; and Brown County,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Nathan Zuniga.